**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DEBORAH HOLLIER, ET AL.** | **CASE NO. 6:24-CV-00708** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MARK GARBER, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended is warranted,

IT IS HEREBY ORDERED that to the extent Plaintiffs seek leave to file an amended complaint, their request is DENIED. *Nix v. Major League Baseball*, 62 F.4th 920, 935 (5th Cir. 2023); *Doe 1 v. City View Indep. Sch. Dist.*, 150 F.4th 668, 677 (5th Cir. 2025).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [ECF No. 41] is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE until the *Heck* conditions are met. *Johnson v. McElveen*, 101 F.3d 423, 424 (5th Cir. 1996).

THUS DONE in Chambers on this 28th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE